IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| IN RE:<br><br>LARRE M. PUGH,<br><br>      Debtor.<br><br>JUDY A. ROBBINS,<br>UNITED STATES TRUSTEE<br>FOR REGION FOUR,<br><br>      Movant,<br><br>v.<br><br>LARRE M. PUGH,<br><br>      Respondent. | Case No. 14-60810<br><br><br><br><br><br>Motion No. \_\_\_\_\_ |

Notice of Motion and Hearing

  The United States Trustee has filed a Motion for Sanctions.

  PLEASE TAKE NOTICE that a hearing on the forgoing Motion will be held on June 16, 2014, at 9:30 a.m. in Charlottesville, Room 200, US Courthouse, 255 W. Main St., Charlottesville, VA 22902.

  **If you do not want the Court to grant the relief requested in the motion, then, pursuant to Local Rule 9013-1, you must file a response on or before June 9, 2014.  Absent a timely filed response, a proposed order will be tendered to the Court granting the relief requested in the motion and the Court may treat the motion as conceded and enter the proposed order without the necessity of holding a hearing.**

  Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

Dated:  13 May 2014               Respectfully submitted,

Margaret K. Garber (VSB No. 34412)     JUDY A. ROBBINS,
Office of the United States Trustee       United States Trustee for Region Four
210 First Street, Suite 505
Roanoke, VA 24011            By*:  /s/ Margaret K. Garber*
(540) 857-2806
margaret.k.garber@usdoj.gov

<u>Motion for Sanctions</u>

Comes now the United States Trustee for Region Four and moves this court to sanction the debtors, and in support thereof, the United States Trustee states as follows:

1. This case was commenced by the filing of a voluntary petition pursuant to Chapter 13 of Title 11 on or about April 29, 2014 by Larre M. Pugh ("Pugh" or "debtor").

2. Prior to this bankruptcy filing, the debtor filed a voluntary petition pursuant to Chapter 13 of Title 11 on January 15, 2014. The case was assigned Number 14-60074. On January 30, 2014, this case was dismissed as a result of the debtor's failure to comply with court order to file the required statement and schedules.

3. Prior to this bankruptcy filing, the debtor filed a voluntary petition pursuant to Chapter 7 of Title 11 on July 31, 2013. The case was assigned Number 13-61563. On August 16, 2013, this case was dismissed as a result of the debtor's failure to comply with court order to file the required statement and schedules.

4. These multiple filings and the debtor's disregard of the duties and obligations imposed upon him by the United States Bankruptcy Code, indicate that the current filing, at least, was made with bad faith, and is an abuse of the provisions of the Bankruptcy Code.

5. The debtor has continuously abused the bankruptcy system.

6. That said serial filings are in bad faith and are burdensome to the Court, creditors, the Clerk of U.S. Bankruptcy Court, the trustees and others.

WHEREFORE, the United States Trustee requests that this Court order the following relief:

1. That this case be dismissed.

2. That the debtor be prohibited from filing any bankruptcy petition for a period of 365 days from the date of the Order dismissing this case.

3. The United States Trustee requests such other relief as the Court may deem just.

Dated:  13 May 2014                                  Respectfully submitted,

Margaret K. Garber (VSB No. 34412)                   JUDY A. ROBBINS,
Office of the United States Trustee                  United States Trustee for Region Four
210 First Street, Suite 505
Roanoke, VA 24011                                    By*:  /s/ Margaret K. Garber*
(540) 857-2806
margaret.k.garber@usdoj.gov


### Certificate of Service

I hereby certify that a true and correct copy of the foregoing motion and notice was electronically filed on this the 13th day of May, 2014 with the United States Bankruptcy Court and that copies of this motion were mailed by first class mail to the debtor, and, if a matrix of creditors was filed by the debtor, to all of the creditors listed on the matrix as well as the trustee.

                                              */s/ Margaret K. Garber*
                                                Margaret K. Garber