## FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG (CHARLOTTESVILLE) DIVISION

IN RE:

LARRE M. PUGH,   Case No. 14-60810

        Debtor.

JUDY A. ROBBINS,
UNITED STATES UNITED STATES TRUSTEEFOR REGION FOUR,

Movant,

v.

LEGAL ALLIANCE PLLC,

Respondent.

### Order

This cause came to be heard upon the United States Trustee's Motion to Examine Fees. At the hearing, counsel for the United States Trustee represented that the parties had resolved this motion. Upon agreement of the parties and it appearing just and proper to do so, it is hereby ORDERED as follows:

1. Legal Alliance, PLLC will refund the amount of $2,500.00 to the debtor, Larre M. Pugh within thirty (30) days of the entry of this order. This refund will be directed to Mr. Pugh at P.O. Box 4817, Charlottesville, Virginia 22905 and will be made in certified funds.

2. Legal Alliance, PLLC will refrain from suggesting or otherwise counseling it's clients to file bankruptcy as a part of or in connection with their services. Nothing in this order shall prohibit the company from recommending to their clients that they seek the advice of a bankruptcy attorney.

3. Upon entry of this Order, the United States Trustee Motion for Sanctions may be

dismissed without prejudice.

    4.    Following entry of this Order, the Chapter 13 Trustee's Motion to Dismiss may be granted.

    Enter this 20th day of January, 2015.

/s/ Rebecca B Connelly

Chief United States Bankruptcy Court Judge

I ask for this:

*/s/ Margaret K. Garber*
Margaret K. Garber (VSB No. 34412)
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, Virginia 24011
Margaret.k.garber@usdoj.gov
(540) 857-2806


Seen:

*/s/ Douglas E. Wade by Margaret K. Garber with permission*
380 Maple Avenue West, Suite 102
Vienna, VA 22180
 Counsel for the respondents